IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>1) ARCADIO HERNANDEZ-SOTO<br>2) WILLIAM RIVERA-GARCIA<br>**3) JOEL HERNANDEZ-HERNANDEZ**<br>4) ROLANDO NIEVES-VALENTIN<br>5) NEFTALI VALENTIN-FRED<br>Defendants | CRIMINAL 10-0318CCC |

# O R D E R

Having considered the Report and Recommendation filed on May 24, 2011 (**docket entry 104**) on a Rule 11 proceeding of defendant Joel Hernández-Hernández (3) held before U.S. Magistrate Judge Bruce J. McGiverin on May 24, 2011, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant Joel Hernández-Hernández is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since May 24, 2011. The **sentencing hearing is set for August 23, 2011 at 4:30 PM.**

SO ORDERED.

At San Juan, Puerto Rico, on June 30, 2011.

S/CARMEN CONSUELO CEREZO
United States District Judge